1140

No. 97-8345. ROBERTSON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97-8355. JACKSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97-8357. DOLENC v. SOBINA, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97-8358. DARDEN v. ALAMEDA COUNTY NETWORK OF MENTAL HEALTH CLIENTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-8367. GOODEN v. FAULKNER COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 97-8371. HOZAIFEH v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97-8373. HERRERA v. KEATING, GOVERNOR OF OKLAHOMA, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97-8375. GARLICK v. GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-8380. ROCHE v. MONTANA. C. A. 9th Cir. Certiorari denied.

No. 97-8387. CLEWIS v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97-8398. MAALOUF v. BUNKER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97-8402. BERNARD v. NEW YORK CITY HEALTH AND HOSPITAL CORP. C. A. 2d Cir. Certiorari denied.

No. 97-8405. RODRIGUEZ DELGADILLO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97-8409. WILSON v. STEWART, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.